IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ANTONIO RUFFIN,                                    *

              Petitioner,                          *

v.                                                    Case No. 5:24-cv-00410-MTT-AGH
                                                   *

JAMES C SPANN,                                     *

              Respondent.                          *

_____                    *

### **J U D G M E N T**

Pursuant to this Court's Order dated February 19, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of

Respondent.

This 20th day of February, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk