IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ANTONIO RUFFIN,                                    *

          Petitioner,                            *

v.                                                 Case No.  5:24-cv-00410-MTT-AGH

                                *

JAMES C SPANN,                                     

                                *

          Respondent.

                                *

## J U D G M E N T

Pursuant to this Court's Order dated 4/30/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 30th day of April, 2026.

                          David W. Bunt, Clerk


                          s/ Erin Pettigrew, Deputy Clerk